■ Jacob J. Podell v. National Broadcasting Company, Inc.— Motion for leave to reargue or for leave to appeal to the Court of Appeals and for a stay denied, with $10 costs. Concur — Rabin, J. P., Valente, McNally, Stevens and Bastow, JJ.

■ Lenore V. Beaumont v. Jean Beaumont et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ Lenore V. Beaumont v. Jean Beaumont et al.— Motion for leave to reargue denied, with $10 costs. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

■ Cynthia J. Tharaud v. James Bros. Realty Co., Inc., et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, McNally, JJ.

■ In the Matter of Alfonso Benavides against Robert E. Herman, as State Rent Administrator, and Eleanor M. Smith.— Motion for leave to reargue or for leave to appeal to the Court of Appeals and for a stay denied, with $10 costs. The stay contained in the order to show cause, dated June 16, 1960, is vacated. Concur — Botein, P. J., Breitel, Rabin, Valente and Bastow, JJ.

■ Lester Liberman v. Valley Forge Flag Company, Inc., et al. Lester Liberman v. Valley Forge Flag Company, Inc., et al.— Motion for a stay denied, with $10 costs. Concur — Botein, P. J., Breitel, McNally and Stevens, JJ.

■ Charles Joseph et al. v. Edward Litke et al.— Motion for a stay denied, with $10 costs. Concur — Botein, P. J., Breitel, McNally and Stevens, JJ.

■ James J. McLaughlin v. Stephen Mallory et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before October 4, 1960, with notice of argument for the November 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, McNally and Stevens, JJ.

■ In the Matter of the Arbitration between Samuel Wallach and George Cohen.— Motion for a stay denied, with $10 costs. Concur — Botein, P. J., Breitel, McNally and Stevens, JJ.

■ In the Matter of Samuel Margolis against Robert E. Herman as State Rent Administrator.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before August 9, 1960, with notice of argument for the September 1960 Term of this court. Concur — Botein, P. J., Rabin, McNally and Stevens, JJ.

■ Jaffe Trading Corporation v. Overseas Distributors Exchange, Inc., et al.— Motion to dismiss appeal denied, with $10 costs. Concur — Botein, P. J., Breitel, McNally and Stevens, JJ.

■ In the Matter of the Estate of Augustus S. Hutchins, Deceased. David Wolcott, Appellant; Waldo Hutchins, Jr. as Surviving Trustee, et al., Respondents.— Motion by petitioners-respondents to dismiss appeal granted, with $10 costs, unless the appellant serves and files the record on appeal, as settled by the Surrogate, on or before August 1, 1960, and serves and files his appellant's points on or before September 6, 1960, with notice of argument for the October 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, McNally and Stevens, JJ.

■ In the Matter of the Estate of Augustus S. Hutchins, Deceased. David Wolcott, Appellant; Waldo Hutchins, Jr., as Surviving Trustee, et al., Respondents.— Motion by respondent Elizabeth Wolcott Hamilton, individually and as executrix to dismiss appeal granted, with $10 costs, unless the appellant